**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-14-089 |
| | § | |
| | § | **COMPLEX CASE** |
| | § | |
| ROBERT ALAN BERRY | § | |

**O R D E R**

The government filed an unopposed motion for continuance and to have the case deemed complex, (Docket Entry No. 18).  The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion to deem complex and the motion for continuance are GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 6, 2015 |
| Responses are to be filed by: | July 20, 2015 |
| Pretrial conference is reset to**:** | **July 27, 2015 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 3, 2015 at 9:00 a.m.** |

SIGNED on February 20, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge