IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-089 |
| | § | **COMPLEX CASE** |
| ROBERT ALAN BERRY | § | |

**O R D E R**

The government filed an unopposed motion for continuance, (Docket Entry No. 36). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for a continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 15, 2016 |
| Responses are to be filed by: | February 29, 2016 |
| Pretrial conference is reset to**:** | **March 7, 2016 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 14, 2016 at 9:00 a.m.** |

SIGNED on October 5, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge