United States District Court
Southern District of Texas

**ENTERED**

February 01, 2016

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-14-089 |
| | § | |
| | § | **COMPLEX CASE** |
| | § | |
| ROBERT ALAN BERRY | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 40).   The

court finds that the interests of justice are served by granting this continuance and that those interests

outweigh the interests of the public and the defendant in a speedy trial. The motion for a continuance

is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 23, 2016 |
| Responses are to be filed by: | June 6, 2016 |
| Pretrial conference is reset to**:** | **June 13, 2016 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 20, 2016 at 9:00 a.m.** |

SIGNED on February 1, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge