United States District Court
Southern District of Texas
**ENTERED**
May 23, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-089 |
| | § | |
| | § | **COMPLEX CASE** |
| | § | |
| ROBERT ALAN BERRY | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 42). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for a continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 26, 2016 |
| Responses are to be filed by: | October 10, 2016 |
| Pretrial conference is reset to**:** | **October 17, 2016 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 24, 2016 at 9:00 a.m.** |

SIGNED on May 23, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge