IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-089 |
| | § | **COMPLEX CASE** |
| ROBERT ALAN BERRY | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 47). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for a continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 3, 2017 |
| Responses are to be filed by: | July 17, 2017 |
| Pretrial conference is reset to**:** | **July 24, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **July 31, 2017 at 9:00 a.m.** |

SIGNED on March 3, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge