United States District Court
Southern District of Texas
**ENTERED**
June 26, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. H-14-89 |
| | § | |
| ROBERT ALAN BERRY | § | |

### REPORT AND RECOMMENDATION

Before the court, by referral pursuant to 28 U.S.C. §636(b), is the matter of the re-arraignment of Robert Alan Berry, the defendant in this action. On June 23, 2017, Defendant Robert Alan Berry appeared with counsel before the undersigned magistrate judge for the purpose of entering a guilty plea to Count 3 of the Indictment charging him with money laundering, in violation of 18 U.S.C. § 1957.

Defendant Berry consented in writing to plead guilty before a United States Magistrate Judge. After conducting said proceeding in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

1. Defendant Berry, after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be advised of his rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to final approval and imposition of sentence by Chief United States District Judge Lee Rosenthal.

2. Defendant Berry is fully competent and capable of

      entering an informed plea.

3. Defendant Berry is aware of the nature of the charges, the maximum punishment range and other penalties that may be imposed at sentencing.

4. Defendant Berry understands his constitutional and statutory rights and wishes to waive those rights.

5. Defendant Berry understands that the sentencing judge may consider all relevant conduct at sentencing and that if the recommendation of the applicable guideline range is not followed by the sentencing judge, he may not withdraw his plea of guilty.

6. Defendant Berry's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged in Count 3 of the Indictment.

Based upon the foregoing, it is **RECOMMENDED** that the guilty plea of Defendant Robert Alan Berry to Count 3 of the Indictment be accepted by the court and that Robert Alan Berry be adjudged guilty of the offense alleged in Count 3 of the Indictment, to wit: money laundering, in violation of 18 U.S.C. § 1957.

The Clerk shall send copies of this Report and Recommendation to the respective parties who have fourteen (14) days from the receipt thereof to file written objections thereto pursuant to General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

The original of any written objections shall be filed with the United States District Clerk, P.O. Box 61010, Houston, Texas, 77208. Copies of such objections shall be mailed to opposing

parties and to the chambers of the undersigned, 515 Rusk, Suite 7019, Houston, Texas 77002.

**SIGNED** at Houston, Texas, this 26th day of June, 2017.

_____
U.S. MAGISTRATE JUDGE