**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-14-089 |
| | § | |
| | § | **COMPLEX CASE** |
| | § | |
| ROBERT ALAN BERRY | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing,

(Docket Entry No. 63). The  motion for continuance is GRANTED.  The sentencing hearing

is reset to **December 19, 2017 at 10:30 a.m.**

SIGNED on November 9, 2017, at Houston, Texas.

_____

Lee H. Rosenthal
Chief United States District Judge